IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP.,<br>a New York corporation,<br><br>Plaintiff,<br>vs.<br><br>CANOPY INTERNATIONAL f/k/a<br>OBTECH, a Massachusetts corporation<br><br>Defendant. | 9/1/04<br>By     M.F.<br>Deputy Clerk<br><br>Case No. 04-10397-RCL |

### MOTION OF AT&T CORP. AND OF WILLIAM M. ZALL
### FOR ADMISSION OF
### WILLIAM H. EIKENBERRY, *PRO HAC VICE*

AT&T Corp. ("AT&T") and William M. Zall respectfully move for the admission of Attorney William H. Eikenberry, p*ro hac vice*, in the above-referenced matter. As grounds therefore, AT&T. and Attorney Zall state the following:

1. Attorney Eikenberry is and has been a member in good standing of the Bars of the States of Colorado and Wyoming. He is also a member of the Bar of the United States District Court for the District of Colorado.

2. Attorney Eikenberry and his firm, Murray Franke Greenhouse List & Lippitt LLP, have been requested by their client, the Plaintiff, AT&T, to represent its interests in this matter, which is but one of a series of matters in which their firm has represented AT&T in various jurisdictions over several years. Because of their ongoing involvement in those other similar matters, Attorney Eikenberry can best represent the interests of AT&T Corp. in this matter

1

3.  Attorney Zall is licensed to practice law in the Commonwealth of Massachusetts and before this District Court, and will assist Attorney Eikenberry in this matter.

Respectfully submitted,
AT&T Corp.
By its attorneys

_____
William M. Zall
BBO #554135
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760
TEL:(508) 651-7524

Dated Aug 31, 2004

## CERTIFICATE OF SERVICE

I, William M. Zall, Esquire, hereby certify that I gave notice of the foregoing on all parties to this action by causing a copy to be mailed, August 31, 2004.

_____
William M. Zall