IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AT&T CORP.,
a New York corporation,

   Plaintiff,

vs.

                Case No. 04-10397-RCL

CANOPY INTERNATIONAL f/k/a
OBTECH, a Massachusetts corporation

   Defendant.

## MOTION OF AT&T CORP. AND OF WILLIAM M. ZALL FOR ADMISSION OF PAUL R. FRANKE, III, *PRO HAC VICE*

AT&T Corp. ("AT&T") and William M. Zall respectfully move for the admission of Attorney Paul R. Franke, III, *pro hac vice*, in the above-referenced matter. As grounds therefore, AT&T and Attorney Zall state the following:

1. Attorney Franke is and has been a member in good standing of the Bar of the State of Colorado. He is also a member of the Bar of the United States District Court for the District of Colorado.

2. Attorney Franke and his firm, Murray Franke Greenhouse List & Lippitt LLP, have been requested by their client, the Plaintiff, AT&T, to represent its interests in this matter, which is but one of a series of matters in which their firm has represented AT&T in various jurisdictions over several years. Because of their ongoing involvement in those other similar matters, Attorney Franke can best represent the interests of AT&T Corp. in this matter

3. Attorney Zall is licensed to practice law in the Commonwealth of Massachusetts and before this District Court, and will assist Attorney Franke in this matter.

Respectfully submitted,
AT&T Corp.
By its attorneys

_____
William M. Zall
BBO #554135
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760
TEL:(508) 651-7524

Dated August 31, 04

## CERTIFICATE OF SERVICE

I, William M. Zall, Esquire, hereby certify that I gave notice of the foregoing on all parties to this action by causing a copy to be mailed, August 31, 2004.

_____
William M. Zall