IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP.,<br>a New York corporation,<br><br>            Plaintiff,<br>vs.<br><br>CANOPY INTERNATIONAL f/k/a<br>OBTECH, a Massachusetts corporation<br><br>            Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Case No. 04-10397-RCL<br>:<br>:<br>:<br>:<br>: |

DECLARATION OF WILLIAM M. ZALL, ESQ.
IN SUPPORT OF THE APPLICATION FOR *PRO HAC VICE* ADMISSION OF
PAUL R. FRANKE, III, ESQ.

In support of the Motion of AT&T Corp. for the admission of Paul R. Franke, III, *pro hac vice*, in the above-referenced matter, William M. Zall deposes as follows, under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am licensed to practice law in the Commonwealth of Massachusetts and before the United States District Court for the District of Massachusetts and am of counsel to the law firm Cunningham, Machanic, Celtin, Johnson & Harney, LLP, 220 North Main Street, Natick, MA 01760.

2.     I make this certification in support of the application for admission *pro hac vice* of Paul R. Franke, III, Esq. to appear on behalf of Plaintiff, AT&T Corp. ("AT&T") pursuant to Local Rule of the United States District Court for the District of Massachusetts 83.5.3.

3.     Mr. Franke is known to me as an attorney authorized to practice law and a member in good standing member of the Bar of Colorado.

4.  AT&T has requested that Mr. Franke and his law firm represent its interest in this matter, which is one of a number of matters in which Mr. Franke's law firm has represented AT&T in various forums over several years. Because of its ongoing involvement in the matters of AT&T, Mr. Franke's law firm can best represent AT&T's interests in this action.

5.  I respectfully request that Mr. Franke be admitted *pro hac vice* for the purpose of participating in this action.

Respectfully submitted,
AT&T Corp.
By its attorneys

_____
William M. Zall
BBO #554135
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 North Main Street
Natick, MA 01760
TEL:(508) 651-7524

Dated August 31, 2004

## CERTIFICATE OF SERVICE

I, William M. Zall, Esquire, hereby certify that I gave notice of the foregoing on all parties to this action by causing a copy to be _mailed, August 31, 2004_.

_____
William M. Zall

4