UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . .
AT&T CORP.,

        Plaintiff,

                           CIVIL ACTION
v.                      NUMBER 04-10397-RCC

CANOPY INTERNATIONAL, INC.
f/k/a OBTECH, INC.,

        Defendant.
. . . . . . . . . . . . . . .

## MOTION OF ADLER POLLOCK & SHEEHAN P.C. TO WITHDRAW AS COUNSEL FOR DEFENDANT CANOPY INERNATIONAL, INC. f/k/a OBTECH, INC.

I, Philip Y. Brown, Esq., and all other attorneys at the firm of Adler Pollock & Sheehan P.C., counsel of record for defendant, Canopy International, Inc. f/k/a Obtech, Inc. ("Canopy"), hereby move for leave to withdraw as counsel.  In support of this motion, counsel states that the firm is unable to render effective assistance of counsel in light of the client's failure to make payment.  Invoices for services rendered have gone unpaid for well in excess of thirty days following delivery of the invoices and the client, after having been given the opportunity to cure the payment deficiency, has failed to do so and counsel does not have a reasonable expectation of being paid for future work.

No successor counsel has filed an appearance. The only document pending before the Court is the Joint Statement and Pre-Trial Schedule.

**WHEREFORE,** counsel for the defendant respectfully requests leave of court to withdraw their appearances as counsel of record.

> Respectfully submitted,
> ADLER POLLOCK & SHEEHAN P.C.,
> By its attorneys of record,
>
>
> /s/ Philip Y. Brown
> Philip Y. Brown (BBO# 552366)
> ADLER POLLOCK & SHEEHAN P.C.
> 175 Federal Street
> Boston, MA 02110
> (617) 482-0600

Dated: October 18, 2004

## Certification under Local Rule 7.1

I, Philip Y. Brown do hereby certify that on October 14, 2004, I conferred with William H. Eikenberry, counsel for plaintiff, by email exchange and that he does not oppose the motion.

> /s/Philip Y. Brown
> Philip Y. Brown

**CERTIFICATE OF SERVICE**

    I, Philip Y. Brown, Esq., hereby certify that on October 18, 2004, a true and correct copy of the above was served, by mail, postage prepaid, on counsel for the plaintiff, William H. Eikenberry, Murray Franke Greenhouse List & Lippitt LLP, Granite Building, Second Floor, 1228 Fifteenth Street, Denver, Colorado 80202, and Canopy International, Inc., 305 Foster Street, Littleton, MA  01460.

                                          /s/ Philip Y. Brown
                                          Philip Y. Brown

*312618_1.doc*