IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AT&T CORP.,
a New York corporation,

    Plaintiff,

vs.

CANOPY INTERNATIONAL f/k/a
OBTECH, a Massachusetts corporation

    Defendant.

FILED
IN CLERK'S OFFICE

2004 OCT 15 P 2:55

Case No. 04-10397-RCC
U.S. DISTRICT COURT
DISTRICT OF MASS.

## JOINT STATEMENT AND PRE-TRIAL SCHEDULE

1. **STATEMENT OF CLAIMS AND DEFENSES**

   A. Plaintiff: Defendant has failed to pay for telecommunication services in the amount of $182,432.33. Services were provided under terms of a contract and F.C.C. tariffs. Plaintiff is indebted and asserts its claims under breach of contract and tariff violation.

   B. Defendant: Defendant denies the claims and asserts that it was billed for services after it had given notice of termination under the contract

2. **DISCOVERY PLAN**

   A. Initial Rule 26(a)(1) Disclosures:      November 30, 2004

   B. Designation of Experts:      February 28, 2005

   C. Designation of Rebuttal Experts:      March 31, 2005

   D. Deadline to serve written discovery requests:      April 29, 2005

   E. Discovery cutoff and completion of all depositions: May 31, 2005

3. **SCHEDULE FOR FILING OF MOTIONS**

   A. Dispositive Motions to be filed by:   June 30, 2005

   B. Responses to Dispositive Motions to be filed by:   July 15, 2005

1

**4.    CERTIFICATION**

Each party's counsel certifies that each has conferred with their respective clients with a view to establishing a budget for the costs of conducting the full course and various alternative courses for litigation and has considered the resolution of the litigation through the use of alternative dispute resolution programs such as outlined in L.R. 16.4. However, Counsel for Defendant states that he will be seeking to withdraw because of nonpayment of fees and intends to file a motion shortly.

Respectfully submitted this 15th day of October, 2004.

| ATTORNEYS FOR PLAINTIFF, | ATTORNEYS FOR DEFENDANT, |
| --- | --- |
| AT&T CORP. | CANOPY INTERNATIONAL, INC. |
| *(signature)* | *(signature)* |
| William M. Zall, BBO # 554135 | Philip Y. Brown, BBO # 552366 |
| Cunningham, Machanic, Cetlin, | Adler Pollock & Sheehan, P.C. |
| Johnson & Harney, LLP | 175 Federal Street, 12th Floor |
| 220 North Main Street | Boston, MA 02110 |
| Natick, MA 07160 | Tel: (617) 482-0600 |
| Tel: (508) 651-7524 | Fax: (617) 482-0604 |
| Fax: (508) 653-0119 | |

Paul R. Franke, III
William H. Eikenberry
Murray Franke Greenhouse List & Lippitt, LLP
1228 Fifteenth Street, 2nd Floor
Denver, CO 80202
Tel: (303) 623-4500
Fax: (303) 623-0960

**CERTIFICATE OF SERVICE**

I, William M. Zall, Esq. hereby certify that I served a true and correct copy of the foregoing document on counsel for the Defendant by first class mail, postage prepaid, this 15th day of October, 2004.

_____
William M. Zall