IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., <br> a New York corporation, <br><br>       Plaintiff, <br> vs. <br><br> CANOPY INTERNATIONAL f/k/a <br> OBTECH, a Massachusetts corporation <br><br>       Defendant. | Case No. 04-10397-RCC |

## JOINT STATUS REPORT

At a Scheduling Conference held on October 20, 2004, and in recognition of the belief of defense counsel that the defendant may likely be without assets available to satisfy any judgment which might result from litigation, this Court encouraged the parties to investigate informal resolution through the filing of a voluntary judgment in an amount reduced from the plaintiff's demand. Additionally, at the aforesaid Conference this Court denied the motion of defense counsel to withdraw, however, indicated that it would be revisited if such informal resolution were not achieved. As such, activity has been suspended pending completion of settlement discussions.

To date, the plaintiff has offered to accept a judgment in its favor in an amount significantly reduced from its demand, however, the defendant has recently indicated that it may be unwilling to allow any judgment to enter. Accordingly, the parties hereby request that the "Pre-Trial Schedule" filed by the parties on October 15, 2004, be amended by adding six (6) months to each respective phase, and that the matter proceed accordingly.

Respectfully submitted this 15th day of March, 2005.

1

| ATTORNEYS FOR PLAINTIFF, AT&T CORP. | ATTORNEYS FOR DEFENDANT, CANOPY INTERNATIONAL, INC. |
|---|---|
| William M. Zall, BBO # 554135<br>Cunningham, Machanic, Cetlin, Johnson & Harney, LLP<br>220 North Main Street<br>Natick, MA 07160<br>Tel: (508) 651-7524<br>Fax: (508) 653-0119 | Philip Y. Brown, BBO # 552366<br>Adler Pollock & Sheehan, P.C.<br>175 Federal Street, 12th Floor<br>Boston, MA 02110<br>Tel: (617) 482-0600<br>Fax: (617) 482-0604 |
| Paul R. Franke, III<br>William H. Eikenberry<br>Murray Franke Greenhouse List & Lippitt, LLP<br>1228 Fifteenth Street, 2nd Floor<br>Denver, CO 80202<br>Tel: (303) 623-4500<br>Fax: (303) 623-0960 | |