## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **AT&T CORP.,**<br>**a New York corporation,** | : | |
| | : | |
| | : | |
| | : | |
| **Plaintiff,** | : | |
| **vs.** | : | |
| | : | **Case No. 04-10397-RCC** |
| **CANOPY INTERNATIONAL f/k/a** | : | |
| **OBTECH, a Massachusetts corporation** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### AMENDED PRE-TRIAL SCHEDULE

**1.    DISCOVERY PLAN**

    A.    Initial Rule 26(a)(1) Disclosures:     April 29, 2005

    B.    Designation of Experts:     July 8, 2005

    C.    Designation of Rebuttal Experts:     July 25, 2005

    D.    Deadline to serve written discovery requests:     May 26, 2005

    E.    Discovery cutoff and completion of all depositions: July 8, 2005

**2.    SCHEDULE FOR FILING OF MOTIONS**

    A.    Dispositive Motions to be filed by:    July 20, 2005

    B.    Responses to Dispositive Motions to be filed by:     August 4, 2005

**3.    CERTIFICATION**

Each party's counsel certifies that each has conferred with their respective clients with a

view to establishing a budget for the costs of conducting the full course and various

alternative courses for litigation and has considered the resolution of the litigation

through the use of alternative dispute resolution programs such as outlined in L.R. 16.4.

Respectfully submitted this 1___ day of April, 2005.

ATTORNEYS FOR PLAINTIFF AT&T CORP.

Paul R. Franke, III
William H. Eikenberry
Murray Franke Greenhouse List & Lippitt, LLP
1228 Fifteenth Street, 2nd Floor
Denver, CO 80202
Tel: (303) 623-4500
Fax: (303) 623-0960


William M. Zall
BBO # 554135
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 North Main Street
Natick, MA 07160
Tel: (508) 651-7524
Fax: (508) 653-0119

ATTORNEYS FOR DEFENDANT CANOPY INTERNATIONAL, INC.

Philip Y. Brown   by William H. Zall
BBO # 552366
Adler Pollock & Sheehan, P.C.
175 Federal Street, 12th Floor
Boston, MA 02110
Tel: (617) 482-0600
Fax: (617) 482-0604

2