IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AT&T CORP.,
a New York corporation,

   Plaintiff,

vs.

CANOPY INTERNATIONAL f/k/a
OBTECH, a Massachusetts corporation

   Defendant.

Case No. 04-10397-RCC

## CONFESSION OF JUDGMENT

Plaintiff, AT&T Corp. ("AT&T"), and Defendant, Canopy International f/k/a Obtech, ("Canopy"), by their undersigned counsel, hereby stipulate and agree as follows:

1. This case arises out of the non-payment of telecommunication services provided to Canopy International by AT&T.

2. Said services were provided by AT&T under account numbers 8001-838-3358, 8002-112-7867 and 8001-920-8265.

3. On February 27, 2004, AT&T filed a Complaint and initiated this lawsuit, captioned AT&T Corp. v. Canopy International f/k/a Obtech, Case No. 04-10397-RCC (the "Lawsuit"), to collect $182,432.33 of telecommunication charges under said accounts.

4. The parties have agreed to an entry of judgment to this case.

5. It is agreed and Canopy hereby confesses judgment in favor AT&T for the principal amount of $100,211.80.

6. Nothing in this Confession of Judgment limits or expands AT&T's ability to collect the judgment confessed herein.

7. The parties acknowledge that this Confession of Judgment constitutes the entire understanding between and among the parties with respect to the subject matter hereof. Each of the parties acknowledges and states for itself that it has not relied on any representations, warranties, promises, inducements, or understandings, oral or otherwise, except as specifically incorporated in this written Confession of Judgment. This Confession of Judgment may not be changed, modified or amended in any respect except by written instrument duly executed by all the parties to this Confession of Judgment, specifying that it amends this Confession of Judgment.

8. This Confession of Judgment has been the subject of negotiations and discussions between and among the parties. It has been and shall be construed to have been drafted by all the parties to it, so that any rule of construing ambiguities against the drafter shall have no force and effect. In addition, if any portion, provision, or term of this Confession of Judgment is held unenforceable by a court of competent jurisdiction, including provisions relating to the change of beneficiary, the remainder of this Confession of Judgment shall not be affected and shall remain fully in force and enforceable.

9. A signed facsimile, PDF, or TIF version of this Confession of Judgment is enforceable.

10. AT&T and Canopy agree that the terms of this Confession of Judgment shall be made an express Order of the Court.

WHEREFORE, AT&T Corp. and Canopy respectfully request that the Court enter judgment in favor of AT&T Corp. in the amount of $100,211.80.

_____
Dated: 6/6/05

_____
Dated: 6/6/05

ATTORNEYS FOR PLAINTIFF AT&T CORP.

William M. Zall
BBO # 554135
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 North Main Street
Natick, MA 07160
Tel: (508) 651-7524
Fax: (508) 653-0119

Paul R. Franke, III
William H. Eikenberry
Murray Franke Greenhouse
List & Lippitt, LLP
1228 Fifteenth Street, 2nd Floor
Denver, CO 80202
Tel: (303) 623-4500
Fax: (303) 623-0960

ATTORNEYS FOR DEFENDANT CANOPY INTERNATIONAL, INC.

Philip Y. Brown
BBO # 552366
Adler Pollock & Sheehan, P.C.
175 Federal Street, 12th Floor
Boston, MA 02110
Tel: (617) 482-0600
Fax: (617) 482-0604