UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-10397-RCL**

**AT&T CORP.**
**Plaintiff**

v.

**CANOPY INTERNATIONAL f/k/a**
**OBTECH, a Massachusetts Corporation**

**Defendant**

JUDGMENT

Pursuant to an Agreement for Judgment entered 6/6/05, Judgment enters in favor of Plaintiff AT&T for the principal amount of $100,211.80.
.

**Sarah A. Thornton**
_____
**Clerk**


**/s/ Lisa Hourihan**
_____
**Deputy Clerk**

**June 8, 2005**
**To: All Counsel**